```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                        :
                                                 :
                        Plaintiff,               :
                                                 :    20-CR-648 (ALC)
         -against-                               :
                                                 :    ORDER
CHONG SIK YU & YUNSEO LEE,                       :
                                                 :
                        Defendant.               :
                                                 :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-4-21

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 7, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **January 4, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**