```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-23-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-

CHONG SIK YU,

                              Defendant.

------------------------------------------------------------------- x

20 CR 648 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

An Arraignment and Change of Plea Hearing is set for **June 5, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                                   */s/ Andrew L. Carter, Jr.*
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**