```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 9-28-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

United States of America,

                                                      **ORDER**

                                                     20-CR-648 (ALC)

-against-

Chong Sik Yu,

-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Due to a conflict on the Court's calendar, the sentencing scheduled for October 12, 2023 is adjourned to **4:00 p.m.**

    SO ORDERED.

Dated: New York, New York
          September 28, 2023

                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE