**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2024

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/26/24
```

Re: **United States v. Valeria Ruth HaCohen et al.**, S1 20 Cr. 648 (ALC)

Dear Judge Carter,

    The Government respectfully submits this letter on behalf of the parties to request a 60-day adjournment of the motion briefing schedule in this case, which was previously set at the January 24, 2024 conference. Opening briefs are currently scheduled to be filed on March 25, 2024. The parties are engaged in separate but ongoing negotiations regarding potential resolutions, and the proposed adjournment would conserve judicial resources and economy while those discussions reach their conclusion. The Court has previously excluded time under the Speedy Trial Act through May 16, 2024. (D.E. 124.)

    Accordingly, the Government respectfully requests, with the consent of the parties, that the Court grant the parties' request for a 60-day adjournment of the motion schedule.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: _____/s/_____
    Michael D. Lockard
    Nicholas S. Bradley
    Assistant United States Attorneys
    (212) 637-2193/ -1581

cc: Counsel of record (by ECF)

The application is **GRANTED**.
So Ordered.

*[signature]*
3/26/24