

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK
CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/18/25__

July 15, 2025

**VIA ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Court
for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007
*VIA CM/ECF*

Re: **United States of America v. Yu, et al., 20-cr-00648-ALC**

Dear Judge Carter:

We represent Defendant Ruth Hacohen in the above referenced matter.  The parties have conferred, and we respectfully request additional time for both the submission of a status report and for the status conference since the parties are discussing a potential resolution of this matter.  As a result, the parties are proposing an additional two weeks for both events, that is, the status report would be due on July 29, 2025 and the status conference would be held on August 12, 2025.  We further request that the status conference be conducted by phone or video conference because I will be in Seattle, Washington, on a family matter, and I do not want to delay the case for it.  The defendants also consent to the exclusion of time through the rescheduled conference date for the purposes of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–3174.  We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ernest Edward Badway*

Ernest Edward Badway

cc:  All Counsel (via ECF)

The entire application is **GRANTED**.   Status report due 7/29/25.  The status conference is converted to a telephonic status conference and adjourned to 8/12/25 at 12:30 p.m.  The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 3700 226#). Time excluded from 7/24/25 to 8/12/25 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
7/18/25

Ernest.Badway@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3932

THOMPSON HINE LLP
ATTORNEYS AT LAW
300 Madison Avenue, 27th Floor
New York, New York 10017-6232
www.ThompsonHine.com
O:  212.344.5680
F:  212.344.6101