**MEMO ENDORSED**

# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  LOS ANGELES  NEW YORK
CHICAGO  CLEVELAND  DAYTON  MINNEAPOLIS  WASHINGTON, D.C.

July 28, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/8/25

**VIA ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Court
for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

    Re: **United States of America v. Yu, et al.**, 20-cr-00648-ALC

Dear Judge Carter:

    We represent defendant Ruth Hacohen in the above referenced matter. The parties have conferred, and we need additional time for both the submission of a status report and for the status conference since the parties are discussing a potential resolution of this matter and there are several issues that need to be explored. As a result, the parties are proposing an additional 2 weeks for both events, that is, the status report would be due on August 12, 2025 and the status conference would be held, if the Court is agreeable, on September 4, 2025. The defendants also consent to the exclusion of time through the rescheduled conference date for the purposes of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–3174. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ernest Edward Badway*

Ernest Edward Badway

cc: All Counsel (via ECF)

The application is **GRANTED**. The status conference is adjourned to 9/4/25 at 12:30 p.m. Time excluded from 8/12/25 to 9/4/25 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter Jr.*
8/8/25

Ernest.Badway@ThompsonHine.com  Fax: 212.344.6101  Phone: 212.908.3932

THOMPSON HINE LLP  300 Madison Avenue, 27th Floor  www.ThompsonHine.com
ATTORNEYS AT LAW  New York, New York 10017-6232  O: 212.344.5680
F: 212.344.6101