**MEMO ENDORSED**

THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  LOS ANGELES  NEW YORK
CHICAGO  CLEVELAND  DAYTON  MINNEAPOLIS  WASHINGTON, D.C.

September 3, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/4/25__

**VIA ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Judge
United States District Court
 for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: **United States of America v. Yu, et al.**, 20-cr-00648-ALC

Dear Judge Carter:

We represent defendant Ruth Hacohen in the above referenced matter. The parties have conferred, and respectfully request additional time for the status conference since the parties are discussing a potential resolution of this matter and there are several issues that need to be explored. As a result, the parties are proposing an approximate seven-week adjournment of the status conference from September 4, 2025, to October 20, 2025. The defendants also consent to the exclusion of time through the rescheduled conference date for the purposes of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–3174. Alternatively, if the Court denies the requested extension, we respectfully request that the Court excuse the appearance of our clients at the currently scheduled status conference. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ernest Edward Badway/*

Ernest Edward Badway

cc: All Counsel (via ECF)

The application is **GRANTED**. The status conference is adjourned to 10/20/25 at 2 p.m. Time excluded from 9/4/25 to 10/20/25 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter Jr./*
9/4/25

Ernest.Badway@ThompsonHine.com  Fax: 212.344.6101  Phone: 212.908.3932

THOMPSON HINE LLP   300 Madison Avenue, 27th Floor   www.ThompsonHine.com
ATTORNEYS AT LAW    New York, New York 10017-6232    O: 212.344.5680
                                                     F: 212.344.6101